UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Eddie F Carter III  
    Felicia M Carter  
        Debtor(s)

Case No. 12 B 03332

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2012.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 08/15/2012.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $453.48 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $453.48

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $259.19 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $14.29 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $273.48

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| Access Point | Unsecured | 7,550.00 | NA | NA | 0.00 | 0.00 |
| ACE Cash Express | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Allied International Credit | Unsecured | 826.79 | NA | NA | 0.00 | 0.00 |
| Allied International Credit | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| American Financial Of Racine | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Bureau Of Collection Recovery | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| CardioSpecialists Group | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Cash Store | Unsecured | 1,015.00 | NA | NA | 0.00 | 0.00 |
| CB Accounts Inc | Unsecured | 605.00 | NA | NA | 0.00 | 0.00 |
| CB Accounts Inc | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| CB Accounts Inc | Unsecured | 772.00 | NA | NA | 0.00 | 0.00 |
| CB Accounts Inc | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| CB Accounts Inc | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| CB Accounts Inc | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 497.95 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 993.00 | NA | NA | 0.00 | 0.00 |
| City of Harvey | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Community Hospital | Unsecured | 1,066.70 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 1,003.00 | NA | NA | 0.00 | 0.00 |
| Diversified Adjustment Service | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| Fincntrl Svc | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Global Acceptance | Unsecured | 2,642.00 | NA | NA | 0.00 | 0.00 |
| Guardian Credit Union | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| Guranty Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 318.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| Illinois State Tollway | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,633.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTASSOC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Lighthouse Financial Group | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 223.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Milwaukee Radiologists | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 1,866.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 287.42 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 269.00 | 289.97 | 289.97 | 0.00 | 0.00 |
| OAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 842.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 1,490.00 | NA | NA | 0.00 | 0.00 |
| Penn Foster | Unsecured | 1,299.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Credit Services | Unsecured | 2,426.00 | NA | NA | 0.00 | 0.00 |
| PLS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Professional Placement Services | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| Professional Placement Services | Unsecured | 526.00 | NA | NA | 0.00 | 0.00 |
| Race Emergency Pjyscians | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 16,297.00 | 2,186.87 | 2,186.87 | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 16,297.00 | 17,386.87 | 15,200.00 | 180.00 | 0.00 |
| Security Finance | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 816.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sunbelt Credit Corp Of Florida | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 808.75 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Title Lenders | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| U S Bank | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| U S Cellular | Unsecured | 363.33 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Wheaton Franciscan Healthcare | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Wisconsin Department of Revenu | Secured | 7,800.96 | 7,800.96 | 7,800.96 | 0.00 | 0.00 |
| Wisconsin Department of Revenu | Priority | 5,777.81 | 2,142.86 | 2,142.86 | 0.00 | 0.00 |
| Wisconsin Department of Revenu | Unsecured | NA | 2,773.14 | 2,773.14 | 0.00 | 0.00 |
| Wisconsin Electric | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $23,000.96 | $180.00 | $0.00 |
| **TOTAL SECURED:** | **$23,000.96** | **$180.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,142.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,142.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,249.98** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $273.48 |
| Disbursements to Creditors | $180.00 |
| **TOTAL DISBURSEMENTS :** | **$453.48** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/07/2013     By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**